UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RIBBIT CORPORATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RATES TECHNOLOGY INC.,** )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 08-116 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Ribbit Corporation hereby voluntarily dismisses its Complaint *without prejudice*.

Dated: February 28, 2008

By: /s/ *George Pazuniak*
George Pazuniak (DE Bar No. 478)
Stephen J. Mackenzie (DE Bar No. 4791)
Anna Martina Tyreus (DE Bar No. 4771)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252- 4320
Email: GPazuniak@wcsr.com
Email: SMackenzie@wcsr.com
Email: MTyreus@wcsr.com

*Attorneys for Ribbit Corporation*

1