AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>08-cv116 | DATE FILED<br>02/26/2008 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Ribbit Corporation | | DEFENDANT<br>Rates Technology Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,425,085 | 06/13/1995 | Rates Technology Inc. |
| 2 | 5,519,769 | 05/21/1996 | Rates Technology Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Voluntary Dismissal |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M. Selmyer* (signature) | DATE<br>3/10/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIBBIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RATES TECHNOLOGY INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 08-116<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Ribbit Corporation hereby voluntarily dismisses its Complaint *without prejudice*.

Dated: February 28, 2008          By: /s/ *George Pazuniak*
                                         George Pazuniak (DE Bar No. 478)
                                         Stephen J. Mackenzie (DE Bar No. 4791)
                                         Anna Martina Tyreus (DE Bar No. 4771)
                                         Womble Carlyle Sandridge & Rice, PLLC
                                         222 Delaware Avenue, Suite 1501
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 252- 4320
                                         Email: GPazuniak@wcsr.com
                                         Email: SMackenzie@wcsr.com
                                         Email: MTyreus@wcsr.com

                                         *Attorneys for Ribbit Corporation*

1

WCSR 3850241v1